IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cooper, Zonia L

Printed:  5/27/08

Case Number:  08 B 01584
Judge:  Wedoff, Eugene R

Filed:  1/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 10, 2008
Confirmed: March 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 275.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 257.12 |
| Trustee Fee: |  | 17.88 |
| Other Funds: |  | 0.00 |
| Totals: | 275.00 | 275.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 257.12 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 276.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 14,894.00 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 588.61 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 140.71 | 0.00 |
| 9. | Midnight Velvet | Unsecured | 50.61 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 53.11 | 0.00 |
| 11. | Seventh Avenue | Unsecured | 47.66 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 43.63 | 0.00 |
| 13. | Medical Collections | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 16. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 17. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 18. | Sprint | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,575.83 | $ 257.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 17.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cooper, Zonia L | Case Number: 08 B 01584 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 1/25/08 |

$\underline{\hspace{2cm}}$
$ 17.88

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____